

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GAL YIFRACH,<br><br>Defendant. | Case No. 2:22-MJ-00974<br><br>**ORDER OF DETENTION** |

On March 9, 2022, Defendant Gal Yifrach made his initial appearance in this district on the Indictment filed in the Eastern District of California. Defendant is represented by Eric Shevin.

☒   On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court finds that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required.

The Court has considered the following:

(a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

(b) the weight of evidence against the Defendant;

(c) Defendant's history and characteristics; and

(d) the nature and seriousness of the danger to any person or the community.

*See* 18 U.S.C. § 3142(g) The Court also considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions as to risk of non-appearance on the following:

☒ Defendant was born in Israel, graduated from high school and served in the Israeli military from 2005 to 2006, immigrated to the United States in 2007 and later became a U.S. resident, and maintains family ties to Israel.

☒ Defendant last travelled outside the United States six month ago, and has travelled to Mexico, Israel, Europe, and South America. He thus has extensive foreign travel history. He told the Pretrial Services Agency that he misplaced his passport. The arresting agent told the Pretrial Services Agency that Defendant has an Israeli passport and his fiancée is a citizen of France.

☒ Allegations that Defendant and his brother, who is a co-defendant, own multiple properties that were purchased with the proceeds of illegal activities.

☒ Seriousness of the allegations, including that Defendant has access to large amounts of cash.

It is therefore ORDERED that Defendant Gal Yifrach be detained until trial and be transported to the United States District Court for the Eastern District of California for further proceedings. **Both government counsel and counsel for the Defendant are directed to follow up with government counsel in the charging district regarding the status of the Defendant's transportation to, and arrival in, the charging district for the appearance.**

The Defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined will deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. See 18 U.S.C. § 3142(i).

Dated: March 11, 2022

PATRICIA DONAHUE
_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE